THE PEOPLE OF THE STATE OF NEW YORK ex rel. VILLAGE OF CHATEAUGAY, Respondent, *v.* PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK, Respondent and Appellant, and NEW YORK STATE ELECTRIC AND GAS CORPORATION, Appellant.

(Submitted May 11, 1931; decided May 19, 1931.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 255 N. Y. 232.)

HORST A. C. ALBRECHT, Appellant, *v.* ALTOONA TEXTILE COMPANY, INC., Respondent.

(Submitted May 11, 1931; decided May 19, 1931.)

*John L. Delius* for motion.
*Stanhope Foster* opposed.

Motion granted on payment of costs of appeal in this court.